# United States Court of Appeals
## For the First Circuit

No. 21-1498

LYNETT S. WILSON,

Plaintiff - Appellant,

v.

DENIS RICHARD MCDONOUGH, Secretary, U.S. Department of Veterans Affairs; DEPARTMENT OF VETERANS AFFAIRS,

Defendants - Appellees.

Before

Barron, <u>Chief Judge</u>,
Lynch, Thompson, Kayatta, and Gelpí,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: August 24, 2022

Pursuant to First Circuit Internal Operating Procedure X(C), the petition for rehearing en banc has also been treated as a petition for rehearing before the original panel. The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Bruce M. Merrill, Robert Fred Stone, Michael B. Mosher, Andrew Tutt, Rebecca Caruso, John G. Osborn, Benjamin M. Block