# United States Court of Appeals
## For the First Circuit

No. 21-1498

LYNETT S. WILSON,

Plaintiff - Appellant,

v.

DENIS RICHARD MCDONOUGH, Secretary, U.S. Department of Veterans Affairs; DEPARTMENT OF VETERANS AFFAIRS,

Defendants - Appellees.

**MANDATE**

Entered: September 1, 2022

In accordance with the judgment of June 14, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Benjamin M. Block
Rebecca Caruso
Bruce M. Merrill
Michael B. Mosher
John G. Osborn
Robert Fred Stone
Andrew Tutt